122 A.3d 363

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Preston HUNT, Appellee.**

Supreme Court of Pennsylvania.

Aug. 31, 2015.

Hugh J. Burns, Jr., Philadelphia, for Commonwealth of Pennsylvania.

Katrina Marie Young, Karl Baker, Peter Rosalsky, Defender Association of Philadelphia, Philadelphia, for Preston Hunt.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED.** *See Commonwealth v. Hopkins,* 632 Pa. 36, 117 A.3d 247 (2015).